


U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 3, 2008

Honorable Denny Chin (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1020
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

Re: **United States v. Sharif Sumner**
08 Cr. 824 (DC)

Dear Judge Chin:

Yesterday, a grand jury in the Southern District of New York returned Indictment 08 Cr. 824(DC), which is attached to this letter. I have been advised by Your Honor's chambers that an initial pre-trial conference in the above-captioned case has been scheduled for September 16, 2008, at 4:30 p.m. I have also been advised that Your Honor has referred arraignment on the Indictment to Magistrate Judge Peck. The Government respectfully requests that the Court order time excluded, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq., until the initial pre-trial conference. Such an exclusion will allow the Government to prepare initial Rule 16 discovery and will allow the parties to initiate discussion of any possible disposition of the case. For these reasons, the Government submits that the ends of justice served by the exclusion of time outweigh the best interest of the public and the defendant in a speedy trial.

*Application GRANTED. The time until 9/16/08 is excluded, for the reasons stated. So Ordered.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
RANDALL W. JACKSON
Assistant United States Attorney
Tel: (212) 637-1029
Fax: (212) 637-2390

*9/4/08*

cc: Mr. Martin Cohen, Esq.
Attorney for the defendant
Fax: (212) 571-0392